*PUSA*

CAROL C. LAM
United States Attorney
Sherri Walker Hobson
Assistant U.S. Attorney
California State Bar No. 142947
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 557-5027

Attorneys for Plaintiff
United States of America

FILED

SEP 1 8 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *EF*                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **06 mg 8715** |
| Plaintiff, ) | |
| ) | **MOTION AND ORDER TO SEAL** |
| v. ) | |
| Lourdes VARGAS-Islas (1) ) | |
| Rosa ISLAS-Contreras (2) ) | |
| Rosa VARGAS-Islas (3) ) | |
| Defendants. ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, CAROL C. LAM, United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, and hereby moves that the Government's Complaint and Affidavit be ordered sealed until further order of the court in order to protect the secrecy of an undercover operation and to protect defendant from others learning of their cooperation with the government.

DATED: September 18, 2006.

Respectfully submitted,

CAROL C. LAM
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney



1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,                          )          Magistrate  Case  No.:

11 |                                    Plaintiff,          )              '06 mg 8715

12 |                  v.                                   )          ORDER

13 | Lourdes VARGAS-Islas (1)                             )

14 | Rosa ISLAS-Contreras (2)                             )

15 | Rosa VARGAS-Islas (3)                                )

16 |                          Defendants.             )

17

18        Upon application of the UNITED STATES, and good cause appearing,

          IT IS ORDERED that the Government's Complaint and Affidavit  and this order be sealed

19 | until further order of the court.

20

21        IT IS SO ORDERED.

22        DATED:  September 18, 2006.

23

24        _____

          PETER C. LEWIS

25        UNITED STATES MAGISTRATE JUDGE

26

27

28