Mat Wit

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) CASE NUMBER 06 mg 8715
vs ) ABSTRACT OF ORDER
) Booking No. _____
Rosa Islas-Contreras )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 10/17/06 the Court entered the following order:

☑ M/W — Defendant be released from custody.
____ Defendant placed on supervised / unsupervised probation / supervised release.
____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
☑ M/W — Defendant released on $ 50,000 P/S bond posted.
____ Defendant appeared in Court. FINGERPRINT & RELEASE.
____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.
____ Bench Warrant Recalled.
____ Defendant forfeited collateral.
____ Case Dismissed.
____ Defendant to be released to Pretrial Services for electronic monitoring.
____ Other. _____

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY