```
                                    FILED
                                  APR 27 2007
                            CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable PETER C. LEWIS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE 06mj8715-PCL |
| Plaintiff, | ORDER ALLOWING INTERPRETER FEES EXCEEDING $500 BUT NOT MORE THAN $1500 FOR THE MATERIAL WITNESSES HEREIN NAMED |
| v. | |
| LOURDES VARGAS-ISLAS ROSA ISLAS-CONTRERAS ROSA VARGAS-ISLAS, | |
| Material Witnesses. | |

GOOD CAUSE APPEARING, IT IS ORDERED that additional interpreter services are hereby authorized in an amount not to exceed $1500.00 each for material witnesses LOURDES VARGAS-ISLAS, ROSA ISLAS-CONTRERAS, and ROSA VARGAS-ISLAS.

Dated: 4-27-07

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE