ORIGINAL

FILED
08 APR -7 PM 3:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 06 MG87115 |
|---|---|---|
| Plantiff | ) | |
| v. | ) | APPLICATION AND ORDER |
| | ) | UNSEALING MATERIAL |
| LOURDES VARGAS-ISLAS, ET AL | ) | WITNESS COMPLAINT |
| | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, and hereby moves this Court to unseal the material witness complaint for discovery purposes in connection with United States v. Antonio Morales.

DATED: 4/7/08

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

_____
Assistant U.S. Attorney

IT IS ORDERED that the arrest warrant, the material witness complaint be unsealed.

DATED: 4/7/2008

_____
HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE